UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21866-CIV-LENARD/TORRES

**EVELYN MORRISSETTE,**

      Plaintiff,

vs.

**NORWEGIAN CRUISE LINE
LIMITED d/b/a NORWEGIAN
LINE, and/or NORWEGIAN CRUISE
LINE AMERICA, and/or NCL
(BAHAMAS) LIMITED**

      Defendant.
_____/

**ORDER ADOPTING IN PART REPORT AND RECOMMENDATION (D.E. 46)
AND CERTIFYING TO COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Garber ("Report," D.E. 46) entered on March 5, 2009.  Upon review of the Report, it is hereby **ORDERED AND ADJUDGED**:

    1.    The Report is **GRANTED IN PART**.

    2.    Pursuant to the Eleventh Circuit's Order dated December 9, 2008 (see D.E. 37-2), the Court certifies that it is inclined to grant Defendant's Motion for Relief from Judgment Under Rule 60(b) (D.E. 37), filed on December 30, 2008.  If the Circuit Court were to determine that this case be remanded, the Court would be inclined to vacate its earlier Order of dismissal (see D.E. 29) and let Plaintiff's claims go forward.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of March, 2009.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**